NOT YET SCHEDULED FOR ORAL ARGUMENT

U.S. COURT OF APPEALS FOR THE
DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Valero Renewable Fuels Company, LLC and Diamond Alternative Energy, LLC, <br><br> Petitioners, <br><br> v. <br><br> U.S. Environmental Protection Agency, <br><br> Respondent. | Nos. 25-1078, 25-1082, and 25-1085 |

**EPA's Unopposed Motion to Hold Cases in Abeyance**

EPA moves the Court to keep these consolidated cases in abeyance for another 45 days, until July 28, 2025, to allow new agency leadership to review the underlying action. Petitioners consent to the relief requested.

The petitions for review challenge EPA's action, "California State Motor Vehicle and Engine Pollution Control Standards; Advanced Clean Cars II; Waiver of Preemption; Notice of Decision," 90 Fed. Reg. 642 (Jan. 6, 2025). As the Court is aware, a new administration took office on January 20, 2025. On that day, the President issued an executive order directing agencies to immediately review "state emission waivers." Executive Order: Unleashing American Energy, §§ 2(e), 3(a)-

(b).[1]  EPA moved for, and was granted, abeyance to brief new administration officials about these cases to allow them to decide what action, if any, is necessary.[2]  *See* EPA's Unopposed Mot. to Hold Cases in Abeyance (Mar. 14, 2025); Order (Mar. 27, 2025) (also ordering motion to govern to be filed by today).

Last month, the House and Senate passed a joint resolution to disapprove the challenged action.  *See* https://www.congress.gov/bill/119th-congress/house-joint-resolution/88/all-actions.  That resolution was presented to the President on June 6, 2025.  *Id.*  If the President signs the resolution, the challenged action "shall have no force or effect."  *Id.*

Because whether the joint resolution becomes law could affect this litigation, EPA requests that the Court extend abeyance for 45 days, until July 28, 2025, to give the parties time to evaluate next steps here.

Submitted on June 11, 2025.

Adam R.F. Gustafson
Acting Assistant Attorney General

_/s/ Sue Chen_
Sue Chen
U.S. Department of Justice
Environment & Natural Resources
Division

---

[1] *Available at* https://www.whitehouse.gov/presidential-actions/2025/01/unleashing-american-energy/

[2] EPA's action is also the subject of consolidated petitions for review filed in the Ninth Circuit.  *American Free Enterprise Chamber of Commerce v. EPA*, Case No. 25-106.  Those cases are stayed until July 14, 2025.  Order (May 16, 2025).

Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
202.305.0283
Sue.Chen@usdoj.gov

**Certificates of Service and Compliance**

I certify that this filing complies with Fed. R. App. P. 27(d)(1)(E) because it uses 14-point Times New Roman, a proportionally spaced font.

I also certify that this motion complies with Fed. R. App. P. 27(d)(2)(A), because by Microsoft Word's count, it has 281 words, excluding the parts exempted under Fed. R. App. P. 32(f).

Finally, I certify that on June 11, 2025, I filed the foregoing with the Court's CMS/ECF system, which will notify each represented party.

*/s/ Sue Chen*
Sue Chen

3