# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 25-1078** | **September Term, 2024** |
| | **EPA-90FR642** |
| | **Filed On: July 2, 2025** [2123555] |

Valero Renewable Fuels Company, LLC
and Diamond Alternative Energy, LLC,

      Petitioners

    v.

Environmental Protection Agency,

      Respondent

------------------------------

Consolidated with 25-1082, 25-1085

## O R D E R

    Upon consideration of EPA's unopposed motion to hold cases in abeyance, it is

    **ORDERED** that these consolidated cases remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings by July 28, 2025.

                                        **FOR THE COURT:**
                                        Clifton B. Cislak, Clerk

                        BY:    /s/
                                        Catherine J. Lavender
                                        Deputy Clerk