NOT YET SCHEDULED FOR ORAL ARGUMENT

U.S. COURT OF APPEALS FOR THE
DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| Valero Renewable Fuels Company, LLC and Diamond Alternative Energy, LLC, <br><br> Petitioners, <br><br> v. <br><br> U.S. Environmental Protection Agency, <br><br> Respondent. | Nos. 25-1078, 25-1082, and 25-1085 |

**EPA's Unopposed Motion to Hold Cases in Abeyance**

EPA moves the Court to keep these consolidated cases in abeyance for 30 days, until August 27, 2025.  Petitioners consent to the relief requested.

The petitions for review challenge EPA's action, "California State Motor Vehicle and Engine Pollution Control Standards; Advanced Clean Cars II; Waiver of Preemption; Notice of Decision," 90 Fed. Reg. 642 (Jan. 6, 2025).  As the Court is aware, a new administration took office on January 20, 2025.  On that day, the President issued an executive order directing agencies to immediately review "state emission waivers."  Executive Order: Unleashing American Energy, §§ 2(e), 3(a)-

(b).[1]  EPA moved for, and was granted, abeyance to brief new administration officials about these cases to allow them to decide what action, if any, is necessary. *See* EPA's Unopposed Mot. to Hold Cases in Abeyance (Mar. 14, 2025); Order (Mar. 27, 2025).

In May 2025, the House and Senate passed a joint resolution to disapprove the challenged action.  *See* https://www.congress.gov/bill/119th-congress/house-joint-resolution/88/all-actions.  Soon after that, the President signed the resolution into law.  *Id.*; *see* EPA's Unopposed Mot. to Hold Cases in Abeyance (June 11, 2025); Order (July 2, 2025).

EPA needs time to consider this development and next steps in litigation over the challenged rule.  *See also American Free Enterprise Chamber of Commerce*, Case No. 25-106 and consolidated cases (9th Cir.) (challenging same EPA action as here).  To that end, the agency requests a modest extension of the abeyance.  No party would be prejudiced by the requested abeyance.  Petitioners consent to the relief sought.

For these reasons, the Court should leave this matter in abeyance for another 30 days, with motions to govern due at the end of that period.

---

[1] *Available at* https://www.whitehouse.gov/presidential-actions/2025/01/unleashing-american-energy/

Submitted on July 28, 2025.

> Adam R.F. Gustafson
> Acting Assistant Attorney General
>
> _____/s/ Sue Chen_____
> Sue Chen
> U.S. Department of Justice
> Environment & Natural Resources Division
> Environmental Defense Section
> P.O. Box 7611
> Washington, D.C. 20044
> 202.305.0283
> Sue.Chen@usdoj.gov

## Certificates of Service and Compliance

I certify that this filing complies with Fed. R. App. P. 27(d)(1)(E) because it uses 14-point Times New Roman, a proportionally spaced font.

I also certify that this motion complies with Fed. R. App. P. 27(d)(2)(A), because by Microsoft Word's count, it has 277 words, excluding the parts exempted under Fed. R. App. P. 32(f).

Finally, I certify that on July 28, 2025, I filed the foregoing with the Court's CMS/ECF system, which will notify each represented party.

> _____/s/ Sue Chen_____
> Sue Chen

3