# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 25-1078** | **September Term, 2024** |
| | **EPA-90FR642** |
| | **Filed On: August 8, 2025** [2129399] |

Valero Renewable Fuels Company, LLC
and Diamond Alternative Energy, LLC,

      Petitioners

    v.

Environmental Protection Agency,

      Respondent

------------------------------

Consolidated with 25-1082, 25-1085

## O R D E R

Upon consideration of EPA's unopposed motion to hold cases in abeyance, it is

**ORDERED** that these consolidated cases remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings by August 27, 2025.

                                         **FOR THE COURT:**
                                         Clifton B. Cislak, Clerk

                          BY:   /s/
                                         Catherine J. Lavender
                                         Deputy Clerk