# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 25-1078** | **September Term, 2025** |
| | EPA-90FR642 |
| | **Filed On: September 12, 2025** [2134717] |

Valero Renewable Fuels Company, LLC and
Diamond Alternative Energy, LLC,

      Petitioners

    v.

Environmental Protection Agency,

      Respondent

------------------------------

Consolidated with 25-1082, 25-1085

## O R D E R

Upon consideration of EPA's motion to hold cases in abeyance, it is

**ORDERED** that these consolidated cases remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings within 30 days of the U.S. Court of Appeals for the Ninth Circuit's disposition of EPA's motion to dismiss No. 25-106, et al., <u>Am. Free Enter. Chamber of Commerce v. U.S. Environmental Protection Agency</u>.

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                BY:    /s/
                              Catherine J. Lavender
                              Deputy Clerk